JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS, | Case No. CV 14-8037-PA (KK) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| C.A. YOUNG, *et al.*, | |
| Defendants. | |

Pursuant to the Memorandum and Order filed contemporaneously with this Judgment,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: May 19, 2015

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE